IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY LAMBERT,

    Plaintiff,                      No. CIV. S-05-1049 KJM

    vs.

JO ANNE B. BARNHART,           ORDER TO SHOW CAUSE
Commissioner of
Social Security,

    Defendant.

_____/

        The parties were directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff has failed to return the form.

        Accordingly, IT IS HEREBY ORDERED that within 10 days from the date this order is filed, plaintiff is directed to SHOW CAUSE why the form was not timely returned to the Clerk and to file said form.

DATED: October 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006 lambert.osc

1